441

(No. 75-CC-831— )

BRUCE ELECTRONICS, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed March 24, 1975.*

BRUCE ELECTRONICS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-835— )

HARVARD EDUCATIONAL REVIEW, Claimant, *vs.* STATE OF
ILLINOIS, ILLINOIS OFFICE OF EDUCATION, Respondent.

*Opinion filed March 24, 1975.*

HARVARD EDUCATIONAL REVIEW, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.